| UNITED STATES OF AMERICA, | Case No. 4:16-CR-6028-EFS |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 03/01/2017 **LOCATION:** Richland |
| DARRIN LEE RUDDELL, | **CHANGE OF PLEA HEARING** |
| Defendant. | |

| | **Senior Judge Edward F. Shea** | |
|---|---|---|
| Cora Vargas | 02 | Kim Allen |
| **Courtroom Deputy** | **Law Clerk**     **Interpreter** | **Court Reporter** |
| Laurel Holland | | Andrea George |
| **Plaintiff's Counsel** | | **Defendant's Counsel** |

**[XX] Open Court**

Defendant present, in custody of the US Marshal

Oath administered to defendant for change of plea

Plea Agreement signed and filed

Court advises defendant of Constitutional Rights given up by plea of guilty

Order Accepting Guilty Plea and Deferring Acceptance of the Plea Agreement signed and filed
Order Regarding Schedule for Sentencing signed and filed
All pending motions denied as moot

**Sentencing set for May 30, 2017, at 2:00 pm in Richland**

U.S. Probation Officer to prepare the PSIR


**[XX] ORDER FORTHCOMING**


| CONVENED: 2:03 PM | ADJOURNED: 2:30 PM | TIME: 27 MINS | |
|---|---|---|---|